Harry DENNIS and Jon Koz,
Plaintiffs–Appellees,

Stephanie Berg and Omar Rivero,
Objectors–Appellants,

v.

KELLOGG COMPANY, a Delaware
corporation, Defendant–
Appellee.

No. 13–56768.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 10, 2015.*

Filed Jan. 5, 2016.

Timothy G. Blood, Esquire, Blood Hurst & O'Reardon LLP, San Diego, CA, John R. Climaco, Esquire, Climaco Wilcox Peoa Tarantino & Garofol Co., LPA, Frank E. Piscitelli, Jr., Piscitelli Law Firm, Cleveland, OH, Andrew S. Friedman, Elaine A. Ryan, Patricia N. Syverson, Esquire, Bonnett Fairbourn Friedman & Balint PC, Phoenix, AZ, for Plaintiffs–Appellees.

Joseph Darrell Palmer, Law Offices of Darrell Palmer, Carlsbad, CA, Christopher Andres Bandas, Bandas Law Firm, P.C., Corpus Christi, TX, for Objectors–Appellants.

Brent Caslin, Kenneth K. Lee, Jenner & Block, LLP, Los Angeles, CA, Dean N. Panos, Esquire, Richard Paul Steinken, Jenner & Block LLP, Chicago, IL, for Defendant–Appellee.

Before: REINHARDT, LUCERO **, and NGUYEN, Circuit Judges.

MEMORANDUM ***

Plaintiffs Stephanie Berg and Omar Rivero appeal the district court's denial of their motion for attorneys' fees in a certified class action. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

The district court did not abuse its discretion in denying Plaintiffs' fee motion as untimely. *In re Mercury Interactive Corp. Sec. Litig.*, 618 F.3d 988, 992 (9th Cir.2010). Despite a clear court order that all fee applications be submitted at least forty-five days prior to the settlement hearing, Plaintiffs did not submit their motion until two weeks after the settlement had been finalized. This delay contravened Federal Rule of Civil Procedure 23(h), which requires that fee motions in certified class actions be made "at a time the court sets." Fed.R.Civ.P. 23(h)(1).

We need not reach the remaining issues raised on appeal.

**AFFIRMED.**

---

* The panel unanimously concludes that this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Carlos F. Lucero, Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.